**[Exempt From Filing Fee Government Code § 6103]**

DAVID W. TYRA, State Bar No. 116218
dtyra@kmtg.com
CECILIA L. MARTIN, State Bar No. 301027
cmartin@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendant Mitchell Bolt

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY M. BRENNER, JR.,<br><br>         Plaintiff,<br><br>    v.<br><br>MITCHELL BOLT,<br><br>         Defendant. | Case No. 2:19-CV-02361-JAM-DB<br><br>**STIPULATION AND ORDER TO SET DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>Action Filed:   November 21, 2019<br>Trial Date:      N/A |

It is hereby stipulated by and between Plaintiff TIMOTHY M. BRENNER ("Plaintiff"), and Defendant MITCHELL BOLT ("Defendant"), by and through their respective counsels of record herein, that Defendant has up to and including May 26, 2020 to file a responsive pleading to Plaintiff's Complaint in the above-entitled action. Plaintiff's Complaint was filed on November 21, 2019 and served on Defendant on April 24, 2020.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: May 6, 2020 | KATON LAW |

By: _____/s/ Glenn Katon_____
Glenn Katon
Attorneys for Plaintiff Timothy M. Brenner, Jr.

DATED: May 6, 2020        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____/s/ Cecilia L. Martin_____
Cecilia L. Martin
Attorneys for Defendant Mitchell Bolt

## **ORDER**

**IT IS SO ORDERED:**

DATED: May 7, 2020        /s/ John A. Mendez_____
JUDGE OF THE UNITED STATES DISTRICT COURT

1950389.1  13864-011

2

STIPULATION AND [PROPOSED] ORDER TO SET DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT